# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

144011

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,
        Plaintiff-Appellee,

v

        SC: 144011
        COA: 299068
        Genesee CC: 08-088902-CZ

PARKER'S PROPANE GAS COMPANY,
        Defendant-Appellant,

and

STALEY PLUMBING AND HEATING, INC.,
        Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

p0319